```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GREENTREE FINANCIAL GROUP, INC., :
:
:
Plaintiff, :
:
-against- :   24-CV-6415 (VEC)
:
CHIJET MOTOR COMPANY, INC., and :   ORDER
EQUINITI TRUST COMPANY, LLC, f/k/a :
AMERICAN STOCK TRANSFER & TRUST :
COMPANY, LLC, :
:
:
Defendants :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 22, 2024, Defendant Equiniti Trust Company, LLC ("Equiniti") moved to dismiss the Complaint, Dkt. 15; and

WHEREAS on November 12, 2024, Plaintiff filed an Amended Complaint, Dkt. 23.

IT IS HEREBY ORDERED that Equiniti's motion to dismiss is DENIED as moot. Both Equiniti and Defendant Chijet Motor Company, Inc. must answer or otherwise respond to the Amended Complaint by not later than **Tuesday, January 21, 2025**.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 15.

**SO ORDERED.**

**Date:  November 13, 2024**                _____
**New York, New York**                              **VALERIE CAPRONI**
                                                                **United States District Judge**