**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| GREENTREE FINANCIAL GROUP, INC., | |
|         Plaintiff, | Case No. 1-24-cv-06415-VEC |
|   -against- | |
| CHIJET MOTOR COMPANY, INC., and EQUINITI TRUST COMPANY, LLC, f/k/a AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC, | |
|         Defendants. | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JONATHAN WAXMAN**

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan Waxman, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Chijet Motor Company, Inc. and Equiniti Trust Company, LLC (collectively, the "Defendants"), in the above-captioned matter.

I am a member in good standing with the Bar for the State of California. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I submit this motion, along with my supporting declaration, pursuant to Local Rule 1.3.

Dated: New York, New York
       February 12, 2025

Respectfully submitted,

**COOLEY LLP**

By: */s/ Jonathan Waxman*
Jonathan Waxman

Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Telephone: (213) 561-3244
jwaxman@cooley.com

*Attorney for Defendants Chijet Motor Company, Inc. and Equiniti Trust Company, LLC*