USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/12/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GREENTREE FINANCIAL GROUP, INC.,                 :
                                                 :
                                 Plaintiff,      :
                                                 :
                -against-                         :
                                                 :            24-CV-6415 (VEC)
CHIJET MOTOR COMPANY, INC., and                  :
EQUINITI TRUST COMPANY, LLC, f/k/a               :            SCHEDULING ORDER
AMERICAN STOCK TRANSFER & TRUST                  :
COMPANY, LLC,                                    :
                                                 :
                                 Defendants.     :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a status conference on June 12, 2026;

IT IS HEREBY ORDERED that Plaintiff's deadline to move for summary judgment[1] is

**Friday, July 10, 2026**.  Defendants' deadline to oppose Plaintiff's motion and cross-move for

summary judgment is **Friday, August 7, 2026**.  Plaintiff's deadline to oppose Defendants' cross-

motion for summary judgment and reply in support of its motion is **Friday, September 11,**

**2026**.  Defendants' deadline to reply in support of its motion is **Friday, September 25, 2026**.

The parties are directed to review Rule 4.G.ii of the Undersigned's Individual Practices in Civil

Cases for instructions on how to prepare the 56.1 Statement. At the close of briefing, there

should be a single, consolidated 56.1 Statement.


        **SO ORDERED.**

Date:   **June 12, 2026**                                        **VALERIE CAPRONI**
        **New York, New York**                                  **United States District Judge**

---

[1]     The parties' summary judgment briefing should be limited solely to the issue of liability.