**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

GREENTREE FINANCIAL GROUP, INC.,

Plaintiff,

24 **CIVIL** 6415 (VEC)

-against-

**RULE 54(b) JUDGMENT**

CHIJET MOTOR COMPANY, INC., and EQUINITI TRUST COMPANY, LLC, f/k/a AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 10, 2026, and upon consideration of Plaintiff's Certification Motion and accompanying papers, and for good cause shown, the Court expressly determines that there is no just reason for delay of entry of final judgment as to the Court's Dismissal Order, Dkt. 87, insofar as the Dismissal Order dismissed, with prejudice, Plaintiff's sole breach of contract claim against Equiniti. Plaintiff's Certification Motion is, therefore, GRANTED. Pursuant to Fed. R. Civ. P. 54(b), the Dismissal Order is hereby CERTIFIED, nunc pro tunc, as a final judgment as to Plaintiff's breach of contract claim against Equiniti. Final judgment is entered in favor of Equiniti on Plaintiff's breach of contract claim against it.

**Dated:** New York, New York
August 13, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**